391 A.2d 687

Commonwealth v. Kane, Appellant.

Submitted April 10, 1978. James

H. Stratton, Jr., Assistant Public Defender, for appellant; Dennis M. McGlynn, Assistant District Attorney, and D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented based on *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977), and *Commonwealth v. Wertz,* 252 Pa.Super. 584, 384 A.2d 933 (1978).

SPAETH, J., dissented. *Commonwealth v. Martin,* 466 Pa. 118, 351 A.2d 650 (1976).